IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL PATTERSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-cv-3875 |
| | : | |
| NANCY A. BERRYHILL | : | |

## **ORDER**

**AND NOW**, this 8th day of August, 2018, upon consideration of Plaintiff's "Brief in Support of Complaint," and Defendant's Response thereto, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and with no objections being filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **DENIED**;

3. Judgment is entered in favor of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security and against Plaintiff, Michael Patterson; and

4. The Clerk of Court shall close this matter.

                                                                **BY THE COURT:**

                                                               **/s/ Jeffrey L. Schmehl**
                                                                Jeffrey L. Schmehl, J.